260 So.2d 321

**Marietta Richards NOLTE**

**v.**

**Fred Eugene NOLTE.**

**No. 52283.**

April 18, 1972.

On the facts found by the Court of Appeal, there is no error of law in the judgment complained of.

BARHAM, J., is of the opinion the writ should be granted. The instability of the

marital regime, the repetitive remand of these children from a secure environment, from school, and from their peer relations and the unstable and unsuitable environment now offered by plaintiff, is sufficient to establish strong reasons to deprive plaintiff of provisional custody. C.C. article 146. See also my dissent in Estes v. Estes, 1972, 261 La. 20, 258 So.2d 857.